JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                    Plaintiff,                         )<br>                                                              )<br>        vs.                                               )<br>                                                              )<br>ALFONSO PALACIOS-TORRES,       )<br>                                                              )<br>                    Defendant.                     )<br>                                                              ) | NO. CR 06-194 TSZ<br><br>ORDER TO EXTEND TIME TO FILE INDICTMENT |

The Court, having reviewed the stipulation of the parties, and the defendant's agreement to extend the time for an indictment, finds as to the facts stipulated to by counsel in that document, and hereby makes the following findings of fact:

1.      A failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2.      The parties believe that an extension of time in which to indict may result in the possible resolution of the case without an indictment and without trial. Thus, the Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18

(PROPOSED) ORDER TO EXTEND
TIME TO FILE INDICTMENT
(*Alfonso Palacios-Torres;* #06-194TSZ)                    1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE HEREBY ORDERED that the time within which an indictment in this case must be filed against the defendant shall be extended from June 30, 2006, to July 31, 2006.

IT IS FURTHER ORDERED that the period of delay from June 30, 2006, to July 31, 2006, is excludable time pursuant to the Speedy Trial Act, 18, U.S.C. §§ 3161 *et seq.*

DONE this 29th day of June, 2006.

Thomas S. Zilly
United States District Judge

Presented by:

s/  Timothy R. Lohraff
WSBA #  32145
Assistant Federal Public Defender
Attorney for Alfonso Palacios-Torres
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Phone: (206) 553-1100
Fax:    (206) 553-0120
tim_lohraff@fd.org


s/  Donald M. Reno, Jr.
Assistant United States Attorney
*Telephonic Approval*

(PROPOSED) ORDER TO EXTEND
TIME TO FILE INDICTMENT
(*Alfonso Palacios-Torres;* #06-194TSZ)         2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**